**IN THE UNITED STATES DISTRICT COURT**
**FOR THE  NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WILSON SPORTING GOODS CO.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.  11-7150** |
| | ) | |
| **v.** | ) | **Judge:** |
| | ) | **Magistrate Judge:** |
| | ) | |
| **PSI 91, INC.** | ) | |
| | ) | **(Demand for Jury Trial)** |
| **Defendant.** | ) | |
| | ) | |

**COMPLAINT FOR PATENT INFRINGEMENT**

NOW COMES Plaintiff Wilson Sporting Goods Co. ("Wilson"), by and through its counsel, and for its Complaint against PSI 91, Inc. ("PSI 91"), avers as follows:

1.      Wilson is a Delaware corporation with its business offices at 8750 W. Bryn Mawr Ave., Chicago, Illinois.

2.      Upon information and belief, Defendant PSI 91 is a Massachusetts corporation with its principal place of business at One Federal Street, Building 101, Springfield, MA 01105. PSI 91 does business in*, inter alia,* the State of Illinois and the County of Cook.

3.      This action arises under the Patent Laws of the United States, 35 U.S.C. §§ 271 and 281.

4.      Jurisdiction over this action is founded upon 28 U.S.C. §§ 1331, 1332 and 1338.

5.      Venue is proper under 28 U.S.C. §§ 1391 (a) and (b) and 28 U.S.C. § 1400(b). Defendant has sold infringing products in this District and routinely conducts business within this District.

1

6.      On January 11, 2011, United States Patent No. 7,867,116 (hereinafter "the '116 Patent"), was duly and legally issued for a game ball having lacing.  A true and correct copy of the '116 Patent is attached hereto as Exhibit 1.  Wilson is the owner by assignment of said patent and has the right to bring actions for infringement of the patent and to recover damages therefor.

## FIRST CLAIM

7.      Wilson hereby incorporates all of the averments contained in paragraphs 1 through 6 hereof as though fully set forth herein.

8.      PSI 91 has itself, or through its agents, infringed the '116 Patent literally and/or under the doctrine of equivalents, by making, using, offering to sell and selling within the United States and/or by importing into the United States game balls having lacing which embody and fall within the scope of the '116 Patent, and will continue to do so unless enjoined by this Court.

9.      On information and belief, PSI 91 has actual notice of the '116 Patent through the patent marking on Wilson's sale of game balls that incorporate the patented technology, and PSI 91's infringement is willful and deliberate.

**WHEREFORE**, Plaintiff Wilson Sporting Goods Co. prays for:

A.      A preliminary and permanent injunction against PSI 91's continued infringement of United States Patent No. 7,867,116;

B.      A preliminary and permanent injunction against PSI 91's continued infringement of United States Patent No. 7,867,116;

C.      An award of damages for PSI 91's infringement;

D.      An order trebling the amount of damages;

E.      An award of Wilsons's costs, prejudgment interest, and attorney's fees and such

other and further relief as this Court deems just and appropriate.

Dated: October 11, 2011       /S/ Jeffery A. Key
                                  Jeffery A. Key, Esq. (#6269206)
                                  KEY & ASSOCIATES
                                  321 N. Clark Street, Suite 500
                                  Chicago, IL 60654
                                  Telephone:     (312) 560-2148
                                  jakey@key-and-associates.com

                                  Attorney for Plaintiff
                                  Wilson Sporting Goods Co.

## **JURY DEMAND**

Plaintiff hereby demands a trial by the maximum number of jurors permitted by law.

                                  /S/ Jeffery A. Key
                                  Jeffery A. Key, Esq. (#6269206)

                                  Attorney for Plaintiff
                                  Wilson Sporting Goods Co.

# Exhibit 1



US007867116B2

(12) **United States Patent** (10) **Patent No.: US 7,867,116 B2**
Guenther et al. (45) **Date of Patent: *Jan. 11, 2011**

(54) **GAME BALL LACING**

(75) Inventors: **Douglas G. Guenther**, Wheaton, IL
(US); **Kevin L. Krysiak**, Chicago, IL
(US); **Kevin J. Murphy**, Chicago, IL
(US)

(73) Assignee: **Wilson Sporting Goods Co.**, Chicago,
IL (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 1117 days.

This patent is subject to a terminal dis-
claimer.

(21) Appl. No.: **11/018,628**

(22) Filed: **Dec. 21, 2004**

(65) **Prior Publication Data**

US 2005/0101423 A1 May 12, 2005

**Related U.S. Application Data**

(60) Division of application No. 10/625,325, filed on Jul.
23, 2003, which is a continuation-in-part of applica-
tion No. 09/746,037, filed on Sep. 4, 2001, now Pat.
No. 6,600,149.

(51) **Int. Cl.**
 *A63B 41/08* (2006.01)

(52) **U.S. Cl.** ..................................................... **473/597**

(58) **Field of Classification Search** ................. 473/596,
473/597, 613, 576, 573, 574; D21/707, 712,
D21/713
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,559,117 | A | * | 10/1925 | Maynard .................... 473/596 |
| 4,570,931 | A | * | 2/1986 | Martin ....................... 473/596 |
| 4,991,842 | A | * | 2/1991 | Finley ....................... 473/596 |
| 5,570,882 | A | * | 11/1996 | Horkan ...................... 473/573 |
| 6,283,881 | B1 | * | 9/2001 | Feeney ...................... 473/596 |
| D457,208 | S | * | 5/2002 | Murphy et al. ............. D21/712 |
| D480,774 | S | * | 10/2003 | Murphy et al. ............. D21/712 |
| 6,629,902 | B2 | * | 10/2003 | Murphy et al. ............. 473/597 |
| 6,634,970 | B2 | * | 10/2003 | Jiminez ..................... 473/597 |
| D488,524 | S | * | 4/2004 | Johnson ..................... D21/712 |
| 6,761,654 | B2 | * | 7/2004 | Murphy et al. ............. 473/596 |
| 6,767,300 | B2 | * | 7/2004 | Murphy et al. ............. 473/597 |

* cited by examiner

*Primary Examiner*—Steven Wong
(74) *Attorney, Agent, or Firm*—Terence P. O'Brien

(57) **ABSTRACT**

A game ball including a casing and a lacing. The casing has a
laced region. The lacing is coupled to the laced region of the
casing. The lacing has an exposed surface comprised of an
outer material that is compressible, resilient, and tactile. The
outer material has a modulus of elasticity of between 14 and
170 kg/cm$^2$ and a tensile strength between 100 and 650
kg/cm$^2$. At least a portion of the lacing can have an exposed
pebbled surface.

**14 Claims, 22 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 7



FIG. 6



FIG. 8

216



FIG. 10

216



FIG. 9



318

316

320

FIG. 11

FIG.12



Case: 1:11-cv-07150 Document #: 1  Filed: 10/11/11 Page 16 of 32 PageID #:16

FIG.13



FIG.14



FIG.15



FIG.16



**FIG.17**



FIG.18



FIG.19



FIG.20



FIG.21



**FIG.22**



FIG.23



FIG.24



US 7,867,116 B2

## GAME BALL LACING

### RELATED U.S. APPLICATION DATA

The present invention is a division of U.S. patent application Ser. No. 10/625,325, entitled "Game Ball Lacing," filed of Jul. 23, 2003 by Guenther et al., which is a continuation-in-part of U.S. patent application Ser. No. 09/746,037, entitled "Game Ball Lacing," filed on Sep. 4, 2001 now U.S. Pat. No. 6,600,149 by Murphy et al.

### FIELD OF THE INVENTION

The present invention relates generally to a laced game ball. In particular, the present invention relates to an improved lacing for a laced game ball.

### BACKGROUND OF THE INVENTION

Laced game balls, such as footballs, are well known and are included among the most popular game balls in the United States. Footballs typically include an inner inflatable air bladder and an outer casing having a longitudinally extending, elongate slot. The air bladder is inserted into the casing through the slot and secured within the outer casing by a lacing. The lacing resembles a shoelace and typically is made of one or more leather strips, braided fibers, or braided fibers having an outer latex coating. When assembled, the lacing generally outwardly extends from the casing forming a number of raised ridges that facilitate grasping and passing of the football. The lacing further facilitates a player's ability to impart a spin onto the football during passing thereby producing a spiral trajectory of the ball. The spiral trajectory generally improves the distance of a thrown football.

In football, as in many other sports, the gripping and tactile characteristics of the ball can considerably affect the performance of the participating players. In particular, the lacing of a football significantly contributes to the football's gripping and tactile characteristics, and, not surprisingly, to the player's ability to pass the ball accurately and for distance. The lacing also typically plays a role in the player's ability to catch or to hold on to the football. Further, because football games are typically played outdoors, in unpredictable and inclement weather conditions including rain, sleet and snow, the player's ability to adequately grip the ball is particularly dependent upon the gripping and tactile characteristics of the ball and the lacing.

Lacings on earlier football designs typically included leather strips or braided fibers, such as cotton fibers. These lacing materials sufficiently enclosed the slot and retained the bladder within the outer casing, but they generally did not wear well, could become slippery when wet, and portions of the lacings could be shifted or dislodged during use. Existing lacings in more recent football designs are typically formed of braided fibers or extruded strands and include an outer layer of latex or plastic. The extruded lacings may have a knurled outer surface having indentations of less than 0.0015 inches, and typically less than 0.001 inches. Such existing lacings wear, and retain their position, well, but can be quite hard, and are relatively smooth and slippery, particularly in wet play conditions. These hard lacings often have durometer values on a Shore A hardness scale of greater than 75. Even when such lacings have a roughened exterior surface, such as the knurled lacings, they often remain quite slippery and difficult to grasp, particularly in wet conditions. Hard, relatively smooth or slippery lacings can contribute to poorly thrown passes, incompletions and fumbles. Others have

attempted to solve these problems by significantly changing the shape of the football or by applying multiple sets of lacings to a football. These types of proposed solutions are radical departures from the design and look of a traditional American football. Not surprisingly, these types of radical design changes are not widely accepted, particularly in organized play.

Thus, there is a need for a lacing for a sports ball, such as a football, that improves the gripping and tactile characteristics of the sports ball without radically departing from the ball's traditional design. What is needed is a lacing that improves a player's ability to pass, catch or grip a ball. Further, it would be advantageous to provide a football and lacing that can be more readily thrown in a spiral trajectory. What is also needed is a football that can contribute to reducing the number of fumbles, incompletions and poorly thrown balls during the course of a game or a season, particularly during inclement weather.

### SUMMARY OF THE INVENTION

The present invention provides a game ball including a casing and a lacing. The casing has a laced region. The lacing is coupled to the laced region of the casing. The lacing has an exposed surface comprised of an outer material that is compressible, resilient, and tactile. The outer material has a modulus of elasticity of between 14 and 170 kg/cm$^2$ and a tensile strength between 100 and 650 kg/cm$^2$.

According to a principal aspect of a preferred form of the invention, a game ball includes a casing and a lacing. The casing has a laced region. The lacing is coupled to the laced region of the casing. The lacing has an exposed surface. At least a portion of the exposed surface of the lacing has a pebbled texture.

According to another preferred aspect of the invention provides a game ball includes a casing and a lacing. The casing has a laced region. The lacing is coupled to, and generally surrounds the laced region of the casing. The lacing includes an inner substrate attached to an outer layer. The outer layer of the lacing has an exposed surface made of an outer material that is compressible, resilient, and tactile.

According to another preferred aspect of the invention provides a lacing for a sporting goods product. The lacing includes an inner substrate and an outer layer. The inner substrate is made of a high tensile strength material. The outer layer is coupled to the inner substrate. The outer layer is made of a material that is soft, compressible, resilient, and tactile. The material of the outer layer has a modulus of elasticity of between 14 and 170 kg/cm$^2$ and a tensile strength between 100 and 650 kg/cm$^2$.

This invention will become more fully understood from the following detailed description, taken in conjunction with the accompanying drawings described herein below, and wherein like reference numerals refer to like parts.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a top plan view of an American football in accordance with a preferred embodiment of the present invention.

FIG. **2** is a side elevational view of the football of FIG. **1**.

FIG. **3** is a sectional, front perspective view of a lacing of the football of FIG. **1**.

FIG. **4** is a top plan view of an American football according to an alternative preferred embodiment of the present invention.

FIG. **5** is a sectional, front perspective view of a lacing of the football of FIG. **4**.

US 7,867,116 B2

3

FIG. **6** is a cross-sectional view of a lacing in accordance with another alternative preferred embodiment of the present invention.

FIG. **7** is a cross-sectional view of a lacing in accordance with another alternative preferred embodiment of the present invention.

FIG. **8** is a cross-sectional view of a lacing in accordance with another alternative preferred embodiment of the present invention.

FIG. **9** is a cross-sectional view of a lacing in accordance with another alternative preferred embodiment of the present invention.

FIG. **10** is a cross-sectional view of a lacing in accordance with another alternative preferred embodiment of the present invention.

FIG. **11** is a front perspective view of a lacing in accordance with another alternative preferred embodiment of the present invention.

FIGS. **12** through **21** each include a top view of a portion of lacing with pebbled texture having pebble-like projections in accordance with additional alternative preferred embodiments of the present invention, wherein a separate embodiment of the pebble-like projections are illustrated in each of FIGS. **12** through **21**.

FIG. **22** is a sectional view of a portion of a lacing in accordance with another alternative preferred embodiment of the present invention.

FIG. **23** is a top view of a portion of a lacing in accordance with another alternative preferred embodiment of the present invention.

FIG. **24** is a top view of a portion of a lacing in accordance with another alternative preferred embodiment of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIGS. **1** and **2**, an American football is indicated generally at **10**. The football **10** is one example of a laced sports ball. The present application is directly applicable to all laced sports balls and other sporting goods products including, for example, footballs, rugby balls, soccer balls, basketballs, baseball mitts and volleyballs.

The football **10** is a generally prolate spheroidal shaped inflatable object having a major longitudinal dimension and a minor transverse dimension. The football **10** includes a casing **12**, a bladder **14** and a lacing **16**. The casing **12** is a prolate spheroidal shaped outer body preferably formed from four quarter sections (first and second quarter sections **18** and **20** are shown in FIG. **1**) that are joined to one another along longitudinal seams (a first longitudinal seam **22** is also shown in FIG. **1**). The casing **12**, when assembled, has first and second end portions **24** and **26** separated by a central portion **28**. The central portion **28** of the casing **12** includes a valve aperture **30** and a longitudinally extending slot **32** positioned in line with the first longitudinal seam **22** and between two parallel longitudinally extending rows of spaced apart lace holes **34**. The casing **12** is typically made of leather, rubber or a synthetic polymeric plastic material. An outer surface of the casing **12** preferably includes a pebbled texture for enhancing the grip and improving the aesthetics of the football **10**.

The bladder **14** is an inflatable air tube preferably having a prolate spheroidal shape. The bladder **14** is inserted into the casing **12** through the slot **32**. The bladder **14** enables the football **10** to retain a predetermined amount of air thereby achieving the desired firmness to the football **10**. The bladder **14** is typically made of latex, butyl rubber or other suitable

4

material. The bladder **14** includes a valve **38** that extends through the valve aperture **30** of the casing **12** for access by a user. In an alternative embodiment, the casing **12** and the bladder **14** can be integrally formed together. In another alternative embodiment, the football can be formed without a bladder.

The lacing **16** is preferably a single elongate cord. Alternatively, the lacing **16** can include a plurality of cords. The lacing **16** is threaded through the lace holes **34** of the casing **12**. The lacing **16** enables the two parallel longitudinally extending rows of spaced apart lace holes **34** to be drawn together thereby closing the slot **32** retaining the bladder **14** within the casing **12**. When installed onto the football **10**, the lacing **16** preferably includes two substantially exposed longitudinally extending segments **40** and eight substantially exposed transversely extending segments **42**. In alternative preferred embodiments, other numbers of substantially exposed longitudinal and transverse segments **40** and **42** can be used. The longitudinal and transverse segments **40** and **42** of the lacing outwardly extend from the casing **12** to provide raised surfaces for a player to contact when passing, catching or holding onto the football **10**. Players when passing the football **10** will typically place one or more of their fingertips onto the raised surfaces of the lacing **16** in order to throw a more accurate pass and to impart a spiral trajectory onto the thrown ball. In one preferred embodiment, an installed lacing **16** has a length of approximately 4.5 inches.

FIG. **3** illustrates a preferred embodiment of the lacing **16**. The lacing **16** includes at least one elongate strand **44**, an inner layer **46**, and an outer layer **48**. The strand **44** is formed of a high tensile strength material, preferably nylon. In alternative preferred embodiments, the strand or strands **44** can be formed of polyester, metal, braided fibers, a high tensile strength polymer or combinations thereof. In a particularly preferred embodiment, three strands **14** are included in a spaced apart configuration within the lacing **16**. The strand **44** increases the tensile strength of the lacing **16** enabling the lacing **16** to withstand significant stresses during use without failing.

The inner layer **46** surrounds the strands **44** within the lacing **16**. The inner layer **46** is formed of a pliable material, preferably vinyl or plastic. Alternatively, other materials can be used, such as, for example, a cloth, leather, a rubber, an elastomer or other polymers. The inner layer **46** is preferably formed with a generally uniform cross-sectional area resembling a flattened oval. Alternatively, the inner layer **46** can have a circular cross-section or other shapes. The strands **44** and the inner layer **46** are preferably produced as a co-extrusion. Alternatively, the strands **44** alone can be extruded and the inner layer **46** can be attached to, and substantially surround, the strands **44**.

The outer layer **48** is a sheet of material that is preferably soft, compressible, resilient, tactile, porous and spongy. The outer layer **48** has an inner surface **50** and an outer surface **52**. The inner surface **50** of the outer layer **48** is attached to, and preferably substantially surrounds, the inner layer **46**. The outer layer **48** is preferably affixed to the inner layer **46**. In other alternative embodiments, the outer layer **48** can be attached to the inner layer **46** through stitching, stapling, mechanical bonding, heat bonding or other conventional fastening means. The outer layer **48** provides the lacing **16**, and in particular the exposed portions of the lacing **16**, with a soft, tactile and resilient feel that enhances the player's ability to easily grip, throw, or retain the football **10** when contacting the lacing **16**. The outer layer **48** of the lacing **16** is preferably made of a wet process polyurethane material. Alternatively, the outer layer **48** can be formed of other materials, such as,

US 7,867,116 B2

5

for example, a dry process polyurethane, a coagulated polyurethane, a rubber, a polyvinylchloride foam, other polymers, other elastomers, other foams or combinations thereof.

The material of the outer layer preferably has a durometer of between 10 and 75 on a Shore A hardness scale. Shore A durometer values provided in this specification are in accordance with ASTM specification D 2240 entitled, "Standard Test Method for Rubber Property—Durometer Hardness." In a particularly preferred embodiment, the material of the outer layer 48 has a durometer of between 20 and 70 on a Shore A hardness scale. Preferably, the material of the outer layer has a durometer value that is less than the durometer value of the material forming at least one of the inner layer 46 and the strand(s) 44, indicating that the material of the outer layer is softer than the material of at least one of the inner layer 46 and the strand(s) 44.

The material of the outer layer also preferably has a modulus of elasticity of between 14 and 170 kg/cm$^2$ and a tensile strength of between 100 and 650 kg/cm$^2$. In a particularly preferred embodiment, the material of the outer layer has a modulus of elasticity of between 30 and 110 kg/cm$^2$ and a tensile strength between 450 and 600 kg/cm$^2$.

The material of the outer layer also has a density of between 0.2 and 1.3 gr/cm$^3$. In one particularly preferred embodiment, the outer layer 48 is formed of a wet process polyurethane having a density within the range of 0.35 to 0.65 gr/cm$_3$. In another particularly preferred embodiment, the outer layer is formed of a coagulated polyurethane having a density within the range of 0.2 and 0.4 gr/cm$^3$. In another alternative preferred embodiment, the outer layer is formed of a dry process polyurethane having a density within the range of 0.55 to 0.90 gr/cm$^3$. Preferably, the material of the outer layer has a density that is less than the density of the material forming at least one of the inner layer 46 and the strand(s) 44.

In yet another alternative preferred embodiment, the inherent properties of the material of the outer layer 48 can fall outside of one or more of the above-listed ranges including the durometer range, the modulus of elasticity range, the tensile strength range, and the density range. Further, the outer layer 48 of the lacing 16 preferably has a white or a brown color. Alternative colors or combination of colors are also contemplated.

Unlike existing lacings that typically include a relatively hard, and often slippery, outer surface, the soft tactile outer layer 48 significantly improves the grip-ability of the lacing 16 thereby facilitating the player's ability to firmly grasp, throw or catch the football 10. The outer layer 48 of the lacing 16 provides an increased frictional interaction between the lacing 16 and the fingertips of the player. The soft tactile outer layer 48 also enhances the player's ability to impart a spin onto the football 10. The tactile, compressible and resilient outer layer 48 of the improved lacing 16 can also assist in reducing turnovers and incompletions and is well suited for inclement weather. Moreover, the lacing 16 provides the strength and durability of a traditional lacing with a soft, tactile outer surface that improves the overall feel, grip-ability and performance of the lacing 16. The lacing 16 is strong enough to withstand the stresses encountered during normal use without significantly wearing, fraying or elongating, while improving the overall feel of the lacing 16 to the user.

FIGS. 4 and 5 illustrate another preferred embodiment of the present invention in which the roughened texture or grain of the outer surface 52 of the lacing 16 includes a pebbled texture comprised of a plurality of pebble-like projections 54. The lacing 16 of FIGS. 4 and 5 is substantially similar to the lacing 16 of FIGS. 1 through 3. The pebble-like projections 54 provide the outer surface 52 of the lacing 16 with a pebbled

6

texture that is substantially similar to the grip enhancing pebbled outer surface present on the casing of conventional footballs. The pebble-like projections 54 are preferably convex, rounded and spaced apart from one another. The pebble-like projections 54 further improve the player's ability to grip the football 10 and they also provide the lacing 16 with a unique appealing aesthetic. In an alternative preferred embodiment, the outer surface 52 of the lacing 16 can have a pebbled texture comprised of a plurality of concave pebble-like indentations. In other embodiments, the outer surface 52 can be cross-hatched, grainy, grooved or otherwise irregular to roughen the texture of the lacing 16.

Referring to FIGS. 12 through 21, additional preferred embodiments of the pebbled texture on the outer surface 52 of a portion of the ball lacing 16 are illustrated. Within the context of the present invention, the term "pebbled texture" refers to a surface having a plurality of prominences or projections separated by valleys or indentations. The term "pebbled texture" is a broad category, or genus, of surface contours that includes pebble-like projections in a large variety of different shapes. FIGS. 12 through 21 represent several specific species, or examples, of pebble-like projections.

In FIG. 12, one preferred embodiment of the pebbled texture includes a plurality of irregularly shaped pebble-like projections 54. In alternative preferred embodiments, the pebbled texture includes a plurality of pebble-like projections formed in alternative shapes including generally partially spherically shaped pebble-like projections 60 (FIG. 13), generally oval-shaped pebble-like projections 62 (FIG. 14), generally triangular-shaped pebble-like projections 64 (FIG. 15), generally square-shaped pebble-like projections 66 (FIG. 16), generally rectangular shaped pebble-like projections 68 (FIG. 17), generally diamond-shaped pebble-like projections 70 (FIG. 18), generally pentagon-shaped pebble-like projections 72 (FIG. 19), generally octagon-shaped pebble-like projections 74 (FIG. 20), and generally decagon-shaped pebble-like projections 76 (FIG. 21). In other alternative preferred embodiments, the pebbled texture can include a plurality of pebble-like projections having additional alternative shapes, such as, for example, circular, heptagonal, hexagonal, other polygonal shapes, other irregular shapes, other curved shapes, and combinations thereof. Still further, in other alternative preferred embodiments, the pebbled texture can include a plurality of other types of three-dimensional pebble-like shapes, such as, for example, frustoconical shapes, conical shapes, pyramid-shapes, truncated pyramid-shapes, cylindrical shapes, cubic shapes, and combinations thereof.

The plurality of pebble-like projections, such as, for example, pebble-like projections 60-74, forming the pebbled texture can be generally evenly spaced in a consistent pattern across the outer surface 52, or a portion thereof. Alternatively, the plurality of pebble-like projections, such as, for example, pebble-like projections 60-74 forming the pebbled texture can be randomly or inconsistently spaced apart, or arranged, about the outer surface 52 of the lacing 16, or a portion thereof. In other alternative embodiments, a first portion of the outer surface can have a pebbled texture comprised of a consistent pattern of generally evenly spaced pebble-like projections, and a second portion can have a pebbled texture comprised of randomly or inconsistently spaced apart pebble-like projections.

Moreover, the size and type of the pebble-like projections forming the pebbled texture can vary across the outer surface 52, or from one lacing, or lace segment, to another. For instance, the longitudinal segments 40 of the lacing 16 can have one type, or species, of pebble-like projections forming

US 7,867,116 B2

7

the pebbled texture, while one or more of the transverse segments can include a different type, or species, of pebble-like projections forming the pebbled texture. The size of each of the pebble-like projections is preferably less than the width of the lacing. In some embodiments of the pebble-like projections, the maximum length and the maximum width of the pebble-like projections define an aspect ratio that is between 0.2 and 5.0. In other particularly preferred embodiments, the length and width of the pebble-like projections define an aspect ratio of between 0.33 and 3.0.

Referring to FIG. 22, the height and spacing of the pebble-like projections 54 or indentations (or valleys) can also vary. As indicated on FIG. 22, the height of the pebble-like projection 54 refers to the distance between the top of the pebble-like projection and the bottom of the valley 55 (or the space separating adjacent pebble-like projections). The height is measured along a line or plane extending perpendicular to the exposed outer surface of the lacing. The height of each pebble-like projection 54 is within the range of 0.002 to 0.250 inches. In a particularly preferred embodiment, the height of the pebble-like projections 54 fall within the range of 0.003 to 0.100 inches. In another particularly preferred embodiment, the minimum height of the pebble-like projections is at least 0.004 inches. In yet other preferred embodiments, the minimum height of the pebble-like projections can be at least 0.005 inches, at least 0.006 inches, and at least 0.010 inches.

Similarly, as also indicated in FIG. 22, the width of the valley (such as a valley 55) or spacing between adjacent pebble-like projections can also vary, falling within the range of 0.005 to 0.250 inches. In a particularly preferred embodiment, the width of the valleys 55 can be within the range of 0.008 to 0.100 inches. Further, the general shape of the valleys 55 can also vary. FIG. 22 illustrates a generally U-shaped valley 57, a generally V-shaped 59, and a generally hemispherically-shaped valley 61. Other shapes and shape combinations can also be used.

The pebble-like projections 54 are preferably embossed, using a suitable stamping or rolling device under pressure and/or temperature, onto the outer surface 52 of the outer layer 48. Alternatively, the pebble-like projections 54 can be applied to the outer surface 52 via injection or compression molding. This results in the pebbled texture created by the formation of the plurality of pebble-like projections on the surface.

In another alternative preferred embodiment, the pebbled texture can be applied to the outer surface of virtually any type of lacing, such as, for example, a urethane or latex impregnated cloth lacing, a braided fiber lacing, a plastic lacing, a rubber lacing, a leather lacing, a one-piece lacing, or a multi-piece lacing. In another alternative preferred embodiment, the pebble-like projections 54 are included on one of either the transverse segments 42 and the longitudinal segments 40. In another alternative preferred embodiment, the pebble-like projections are formed onto a portion of the outer surface 52 of the lacing 16.

Referring to FIG. 6, in an alternative preferred embodiment of the present invention, the outer layer 48 is attached to, and substantially covers, an outer (otherwise exposed) side 56 of the inner layer 46 of the lacing 16. In this embodiment, the soft, compressible, resilient and tactile outer layer 48 can be positioned on the outer side 56 of the lacing 16 while the remaining surfaces of the inner layer 46 of the lacing 16 are substantially uncovered by the outer layer 48. Placement of the outer layer 48 onto the outer side 56 of the inner layer 46 reduces the amount of material used to form the lacing 16. Moreover, placement of the outer layer 48 onto only the outer side 56 of the inner layer 46 reduces the overall thickness and

8

weight of the lacing 16. In a particularly preferred embodiment, the outer surface 52 of the outer layer 48 includes a pebbled texture.

Referring to FIG. 7, another alternative preferred embodiment of the present invention is illustrated. The outer layer 48 is placed onto an outer surface 56 of the inner layer 46 and onto an inner surface 58 of the inner layer 46 leaving the remaining surfaces of the lacing substantially uncovered. In this preferred embodiment, the thickness of the lacing 16 is substantially unchanged from the preferred embodiment of the lacing 16 of FIGS. 1 through 3. In a particularly preferred embodiment, the outer surface 42 of the outer layer 48 includes a pebbled texture.

Referring to FIG. 8, another alternative embodiment of the present invention is illustrated. A lacing 116 includes a substrate 146 and an outer layer 148. The outer layer 148 is substantially similar to the outer layer 48. The substrate 146 is a conventional lacing formed from a known lacing material, such as, for example, woven cloth, unwoven cloth, urethane or latex impregnated carrier cloth, nylon, plastic, braided fibers, rope, metal wire, leather, or a combination thereof. The lacing 116 has a circular cross-sectional shape. Other cross-sectional shapes are also contemplated. In a particularly preferred embodiment, the outer layer 148 includes a pebbled outer surface or a pebbled texture.

Referring to FIGS. 9 and 10, additional preferred embodiments of the present invention are illustrated. The lacing 216 is formed of a single continuous material that is soft, compressible, resilient and tactile. The material of the lacing 216 is substantially similar to the material of the outer layer 48. The lacing 216 can be formed in a circular or oval cross-sectional area. Other cross-sectional shapes are also contemplated. In a particularly preferred embodiment, an outer surface 252 of the lacing 216 includes a pebbled texture.

Referring to FIG. 11, another preferred embodiment of the present invention is illustrated. A lacing 316 is shown in a shape resembling an assembled lacing. The lacing 316 preferably includes two longitudinal lace segments 318 and eight transverse lace segments 320. In other preferred embodiments, other numbers and combinations of longitudinal and transverse lace segments 318 and 320 can be used. Each lace segment 320 can be formed to outwardly extend from the longitudinal lace segments 318 curve downward and then back toward the longitudinal lace segments. The lacing 316 can be molded as a single piece resembling an assembled lace. Alternatively, the longitudinal and transverse segments 318 and 320 can be formed separately and subsequently connected to each other to form the lacing 316. The lace segments 320 are configured to attach to the football 10 at the lace holes 34 (see FIG. 1). The lacing 316 is substantially similar to the lacing 16 of FIGS. 1 through 3. In a particularly preferred embodiment, the lacing 316 includes an outer layer 348 with a pebbled texture.

Referring to FIGS. 23 and 24, in other alternative preferred embodiments, the outer surface 52 of the lacing 16 can include a plurality, or pattern of, substantially two dimensional markings 80 imprinted, or otherwise placed, on the lacing 16 to approximate a pebbled texture. Referring to FIG. 23, the markings 80 can include a plurality of irregularly shaped closed loops applied to the outer surface 52 of the lacing 16. Referring to FIG. 24, a plurality of polygonal shaped (octagonal shaped) markings 80 can be applied to outer surface of the lacing. The markings 80 are not considered to be a pebbled texture, but rather, simulate or approximate, a pebbled texture. Unlike the pebbled texture, the markings 80 leave the outer surface 52 of the lacing 16 with a generally smooth surface, which is generally free of indenta-

US 7,867,116 B2

9

tions or projections. The markings **80** either add no indentations or raised surfaces to the outer surface, or add only indentations or raised surfaces of substantially negligible depth or height. In other alternative preferred embodiments, the markings **80** can be formed into other shapes or pattern, such as generally two-dimensional versions of the shapes described above for the pebble-like projections.

While the preferred embodiments of the present invention have been described and illustrated, numerous departures therefrom can be contemplated by persons skilled in the art, for example, the lacing can be a generally longitudinally ridge outwardly extending from the casing of the football. An outer layer of the ridge can be formed of a soft, compressible, tactile and resilient material, and an outer surface of the ridge can include a pebbled texture. Therefore, the present invention is not limited to the foregoing description but only by the scope and spirit of the appended claims.

What is claimed is:

**1**. A game ball comprising:

a casing having a laced region; and

a lacing coupled to the laced region of the casing, the lacing having an exposed surface and a plurality of spaced-apart projections extending over at least a portion of the exposed surface, the spaced-apart projections defining a plurality of valleys, the projections being pebble-like projections having a height of between 0.002 and 0.250 inches, the exposed surface of the lacing being highly grippable when directly contacted by a user's hands.

**2**. The game ball of claim **1**, wherein the height of the pebble-like projections range between 0.003 and 0.100 inches.

**3**. The game ball of claim **1**, wherein the pebble-like projections have a height of at least 0.004 inches.

**4**. The game ball of claim **1**, wherein the pebble-like projections have a height of at least 0.005 inches.

**5**. The game ball of claim **1**, wherein the pebble-like projections have a height of at least 0.010 inches.

**6**. The game ball of claim **1**, wherein the entire exposed surface of the lacing includes the pebble-like projections.

10

**7**. The game ball of claim **1**, wherein the plurality of pebble-like projections are selected from the group consisting of irregularly shaped pebble-like projections, hemi-spherically shaped pebble-like projections, generally oval shaped pebble-like projections, generally triangular shaped pebble-like projections, generally square shaped pebble-like projections, generally rectangular shaped pebble-like projections, generally diamond shaped pebble-like projections, generally pentagon-shaped pebble-like projections, other polygonal shaped pebble-like projections, generally conical pebble-like projections, generally frustoconical pebble-like projections, generally cylindrical pebble-like projections, generally pyramid-shaped pebble-like projections, generally cubic pebble-like projections, and combinations thereof.

**8**. The game ball of claim **1**, wherein the plurality of pebble-like projections are arranged in a generally evenly spaced pattern across at least a portion of the exposed surface.

**9**. The game ball of claim **1**, wherein the plurality of pebble-like projections are randomly arranged across at least a portion of the exposed surface.

**10**. The game ball of claim **1**, wherein each of the pebble-like projections has a maximum length and a maximum width, and wherein the maximum length and the maximum width define an aspect ratio of within 0.2 and 5.0.

**11**. The game ball of claim **10**, wherein the aspect ratio is within 0.33 and 3.0.

**12**. The game ball of claim **1**, wherein the plurality of projections are spaced apart by a plurality of valleys, and wherein each valley has a width of between 0.005 and 0.250 inches.

**13**. The game ball of claim **1**, wherein each valley has a width of between 0.008 and 0.100 inches.

**14**. The game ball of claim **1**, wherein the valleys have a transverse cross-sectional shape selected from the group consisting of generally U-shaped, generally V-shaped, generally hemi-spherically shaped, irregularly shaped and combinations thereof.

\* \* \* \* \*