# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Wilson Sporting Goods Co.

                        Plaintiff,

v.                                                            Case No.: 1:11–cv–07150
                                                               Honorable Joan H. Lefkow

PSI 91, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 21, 2012:

      MINUTE entry before Honorable Joan H. Lefkow:Pursuant to Joint Notice of Stipulated Dismissal [33], the complaint and counterclaims are dismissed with prejudice, subject to the parties' settlement agreement. Each party to pay its own costs and fees. Case dismissed. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.